UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEENA SOMMERS<br><br>　　　　　　Plaintiff,<br>v.<br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br>　　　　　　Defendants. | Case No. 09cv1802 JM(CAB)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION RE: GRANTING IN PART AND DENYING IN PART CROSS MOTIONS FOR SUMMARY JUDGMENT; REMANDING ACTION |

　　　Having carefully considered Magistrate Judge Bencivengo's thorough and thoughtful Report and Recommendation ("R & R") regarding the granting in part and denying in part the cross motions for summary judgment and remanding the case to the Commission for further proceedings, the record before the court, the absence of any objections to the R & R, and applicable authorities, the court adopts the R & R in its entirety.

　　　In sum, the court adopts the R & R and remands the case for further proceedings, but solely as to the issue of whether Plaintiff is income/resource eligible. The Clerk of Court is instructed to close the file.

　　　IT IS SO ORDERED.

DATED: January 25, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties