# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

DEENA SOMMERS

              V.                        **JUDGMENT IN A CIVIL CASE**

MICHAEL J. ASTRUE

      **CASE NUMBER:**   09cv1802 JM(CAB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court adopts the Report and Recommendation and remands the case for further proceedings, but solely as to the issue of whether Plaintiff is income/resource eligible. The Clerk of Court is instructed to close the file..................................................................................................................................................
..............................................................................................................................................................

| January 27, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON January 27, 2011 |

09cv1802 JM(CAB)